MEMO ENDORSED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Iran Rivera

_Petitioner_
(List the full name(s) of the plaintiff(s)/petitioner(s).)

15 CV 9426 (NSR)(JCM)

-against-

John Colvin

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

_Respondent_
(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2019

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on **5/8/19** but did not file a notice of appeal within the required time period because:

I'm an inmate within D.O.C. at Shawangunk Corr. Facility and for the following: 1) Facility Law library only have a number of inmates in it at a time. 2) Need time to research the law in this Matter also to receive copy

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: May 19, 2019

Signature: Iran Rivera a/k/a Luis Vasquez

Name (Last, First, MI): River Iran A/K/A Luis Vasquez

Address: Shawangunk Corr Facility   City: Wallkill   State: New York   Zip Code: 12589

Telephone Number: N/A
E-mail Address (if available): N/A

Rev. 3/27/15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2020

Motion denied as moot. Appeal filed on June 11, 2019. Clerk of the Court requested to terminate the motion (doc. 57).

SO ORDERED:
Dated: March 24, 2020

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE